CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Phone: (858) 375-7385
Fax: (888) 422-5191
russ@potterhandy.com

Michelle Uzeta, Esq., SBN 164402
uzetalaw@gmail.com
michelleu@potterhandy.com
710 S. Myrtle Ave., #306
Monrovia, CA 91016
Ph: (858) 375-7385

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br>    Plaintiff, <br><br>  v. <br><br> **City of Carlsbad;** and Does 1-10, Inclusive, <br><br>    Defendants. | Case No.: 3:20-cv-01107-BEN-DEB <br><br> **Joint Notice of Settlement and Motion to Vacate Dates Pending City Council Approval and Stipulation for Dismissal Conditioned on Retained Jurisdiction** <br><br> *[Proposed] Order filed concurrently herewith* |

TO THE HONORABLE COURT:

Plaintiff Chris Langer and Defendant City of Carlsbad (collectively "the Parties") report that they have reached settlement terms in the above-captioned matter, and that a settlement agreement reflecting those terms is in the process of being finalized.

The settlement agreement is conditioned upon the approval of the City Council and will be presented to the same on October 20, 2020. As such, the Parties request thirty (30) days within which to file a stipulation for dismissal of Plaintiff's claims, concurrent with a joint motion that the Court retain jurisdiction to enforce the terms of the settlement agreement for a period of three (3) years under the authority recognized in <u>Kokkonen v. Guardian Life Insurance Co. of America</u>, 511 U.S. 375, 381-382 (1994).

The Parties further request that all pre-trial dates set by the Court in this matter be vacated, including the Early Neutral Evaluation currently scheduled for November 4, 2020.

Respectfully Submitted,

Dated:   October 2, 2020

By:   s/ Michelle Uzeta
      Michelle Uzeta, Esq.
      Attorneys for Plaintiffs

Dated:  October 2, 2020        DALEY & HEFT, LLP

By:   s/ Lee H. Roistacher
      Lee H. Roistacher, Esq.
      Attorneys for Defendants

2

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Respectfully Submitted,

Dated: October 2, 2020

By: s/ Michelle Uzeta
Michelle Uzeta, Esq.
Attorneys for Plaintiffs