CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (858) 422-5191 fax

Michelle Uzeta, Esq., SBN 164402
uzetalaw@gmail.com
michelleu@potterhandy.com
710 S. Myrtle Ave., #306
Monrovia, CA 91016
Ph: (858) 375-7385

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **City of Carlsbad;** and Does 1-10, Inclusive, <br><br> Defendants. | Case No.: 3:20-cv-01107-BEN-DEB <br><br> **Joint Motion Requesting that the Court Retain Jurisdiction to Enforce the Terms of the Parties' Settlement Agreement and Stipulation for Conditional Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2).** <br><br> *[Proposed] order filed concurrently herewith* |

**WHEREAS**, Plaintiff Chris Langer ("Plaintiff") filed the above-entitled matter against Defendant City of Carlsbad ("Defendant" or "City") on June 18, 2020 alleging violations of the Americans with Disabilities and related state laws related to the City's operation of the public parking lots in Carlsbad Village (Dkt No. 1);

**WHEREAS**, Plaintiff and the City (collectively "the Parties") have reached terms of settlement which have been reduced to a written settlement agreement, approved by the City Council and executed by the Parties;

**WHEREAS**, the Parties' Settlement Agreement is attached hereto as **Exhibit 1**, and is incorporated fully herein by reference;

**WHEREAS**, the Parties' agree that the Settlement Agreement is in full and final settlement of Plaintiff's claims and this action;

**WHEREAS**, the terms of settlement require that the City pay Plaintiff the sum of $17,500 on or before November 21, 2020; and

**WHEREAS**, the terms of the settlement also require that the City undertake remediation of the parking lots in Carlsbad Village, with two lots to be completed by February 20, 2021 and the remaining five lots to be remediated within three years;

**ACCORDINGLY**, the Parties stipulate and jointly move that the Court dismiss the above-entitled action, subject to the Court's retention of jurisdiction to enforce the terms of their Settlement Agreement through October 20, 2023 under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-382 (1994). The Parties' intend and agree for their Stipulation for Dismissal to be expressly conditioned upon the Court's reservation of jurisdiction to enforce the terms of their Settlement Agreement.

*[Signatures on next page]*

**IT IS SO STIPULATED.**

Dated: October 21, 2020

By: */s/ Michelle Uzeta*
Michelle Uzeta, Esq.
Attorneys for Plaintiff

Dated: October 21, 2020  DALEY & HEFT, LLP

By: */s/ Lee H. Roistacher*
Lee H. Roistacher, Esq.
Attorneys for Defendant

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: October 21, 2020

By: */s/ Michelle Uzeta*
Michelle Uzeta, Esq.
Attorneys for Plaintiff