UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF CARLSBAD; Does 1-10, inclusive,<br><br>        Defendants. | Case No.: 3:20-cv-01107-BEN-DEB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE AND RETAIN JURISDICTION TO ENFORCE TERMS OF THE SETTLEMENT AGREEMENT**<br><br>**[ECF No. 13]** |

## I. INTRODUCTION

Before the Court is the Joint Motion to Dismiss the Case brought by Plaintiff and Defendants (the "Joint Motion"). ECF No. 13. After considering the papers submitted, supporting documentation, and applicable law, the Court **GRANTS** the Joint Motion.

## II. BACKGROUND

On June 18, 2020, Plaintiff Chris Langer ("Plaintiff") filed this lawsuit seeking injunctive relief and damages against Defendant City of Carlsbad ("Defendant") for violations of the (1) Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq.*, and (2) California Unruh Civil Rights Act, Civ. Code, § 51, *et seq*. ECF No. 1.

On October 22, 2020, Plaintiff filed a Joint Motion to Requesting that the Court Retain Jurisdiction to Enforce the Terms of the Parties' Settlement

Agreement and Stipulation for Conditional Dismissal Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. ECF No. 13. The Joint Motion asks the Court to dismiss the case, subject to the Court's retention of jurisdiction to enforce the terms of their Settlement and Mutual Release Agreement (the "Settlement Agreement"), which was provided to the Court. *Id.* at 2. The Settlement Agreement indicates that "[e]ach part shall otherwise bear its own attorneys' fees and costs in relation to the Lawsuit." ECF No. 13-1 at 3. The Joint Motion does not indicate whether the Parties seek a dismissal with or without prejudice. *See id.*

### III.  LEGAL STANDARD

Rule 41(a) of the Federal Rules of Civil Procedure governs voluntary dismissal of lawsuits and provides that a case may be dismissed "at the plaintiff's request . . . by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Unless otherwise indicated, dismissal under Rule 41(a)(2) is without prejudice. *Id.*

### IV.  ORDER

Having read and considered the Joint Motion submitted by Plaintiff and Defendants, and good cause appearing, the Joint Motion is **GRANTED** as follows:

1. Plaintiff's claims against Defendants are dismissed in their entirety as to all claims for relief *without prejudice* pursuant to Rule 41(a)(2).

2. Each party is to bear its own costs, fees, and expenses.

3. The Court retains jurisdiction of the case with respect to enforcing any terms of the Settlement Agreement.

**IT IS SO ORDERED.**

DATED: November 30, 2020

**HON. ROGER T. BENITEZ**
United States District Judge